# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elena Kashpirova<br><br>**Plaintiff,**<br>**V.**<br>See Attachment<br><br>**Defendant.** | **Civil Action No.** 26-cv-4882-LL-DEB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES the Petition and DENIES AS MOOT the accompanying Motion for Temporary Restraining Order. This case is hereby closed.

**Date:** 9/22/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-4882-LL-DEB

Respondents:

Gregory J. Archambeault,
Field Office Director, ICE San Diego Field Office;

David Venturella,
Acting Director, U.S. Immigration and Customs Enforcement;

Markwayne Mullin,
Secretary, Department of Homeland Security;

Todd Blanche,
Attorney General of the United States;

Warden of the Otay Mesa Detention Center in San Diego, California